IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**LOUIS J. SIMMONS,**

    **Plaintiff,**

  vs.                          Civil Action 2:03-CV-967
                                Judge Holschuh
                                Magistrate Judge King

**PROMAXIMA MANUFACTURING, LTD.,**

    **Defendant.**

<u>ORDER</u>

On November 28, 2008, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the *Motion to Enforce* be granted and that plaintiff be awarded one-half his attorney fees (1.25 hours at $395.00 per hour) and defendant's profits from the three machines sold in violation of the *Consent Decree* and *Settlement Agreement* ($69.50 for each machine), for a total of $702.25. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** The *Motion to Enforce* is hereby **GRANTED**. Plaintiff is awarded one-half his attorney fees (1.25 hours at $395.00 per hour) and defendant's profits from the three machines sold in violation of the *Consent Decree* and *Settlement Agreement* ($69.50 for each machine), for a total of $702.25. The Clerk shall enter **FINAL JUDGMENT** in this action.


Date: December 16, 2008                    **/s/ John D. Holschuh**
                                                  John D. Holschuh, Judge
                                                  United States District Court